MINNIE WOLFSON, Respondent, *v.* AMERICAN DRUGGISTS SYNDICATE et al., Appellants.

*Wolfson* v. *American Druggists Syndicate,* 171 App. Div. 947, affirmed. (Argued October 23, 1918; decided November 12, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 30, 1915, affirming a judgment in favor of plaintiff entered upon a verdict. The American Druggists Syndicate issued to Thomas Troy, a marshal of the city of New York, out of the Municipal Court of the city of New York, borough of Queens, an execution upon a judgment obtained in said court by the American Druggists Syndicate against Joseph Wolfson for merchandise sold him. When the marshal made his levy he was informed that the drug store and its contents did not belong to Joseph Wolfson, but to his wife, Minnie Wolfson; that she was conducting the business as its proprietor, and that a bill of sale had been made by Joseph Wolfson to her on September 12, 1910, which had been filed in the office of the register of the county of New York on September 13, 1910. The American Druggists Syndicate, having indemnified the marshal, instructed him to proceed under the execution. This he did, and the goods in the store were sold. This action was brought by the plaintiff against the defendants to recover damages for an alleged trespass, the trespass of the defendant Thomas Troy being alleged to have consisted in breaking up the plaintiff's business, and removing her goods, and that of the American Druggists Syndicate in having authorized and ratified the acts of the marshal.

*John C. Tomlinson* for appellants.

*Wales F. Severance* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK and HOGAN, JJ. Not sitting: McLAUGHLIN, J. Absent: CRANE, J.